# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dwight Culton,<br><br>    Petitioner,<br><br>v.<br><br>United States Parole Commission,<br><br>    Respondent. | No. CV-06-1746-PHX-DGC (MHB)<br><br>**ORDER** |

Pending before the Court are Petitioner Dwight Culton's petition for writ of habeas corpus and United States Magistrate Judge Michelle H. Burns' Report and Recommendation ("R&R"). Dkt. ##1, 17. The R&R recommends that the Court dismiss the petition as moot because Petitioner has been released from custody and there does not appear to be any controversy remaining. Dkt. #17 at 1-2. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 2 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific

1 written objection has been made[.]"). The Court will accept the R&R and dismiss the
2 Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or
3 modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed.
4 R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1. Magistrate Judge Michelle H. Burns' R&R (Dkt. #17) is **accepted**.
2. Petitioner Dwight Culton's petition for writ of habeas corpus (Dkt. #1) is **dismissed**.
3. The Clerk of Court shall **terminate** this action.

DATED this 17th day of September, 2007.

_____
David G. Campbell
United States District Judge